SLIP OPINION

Cite as 2016 Ark. 237

# SUPREME COURT OF ARKANSAS

No. CV–15–958

| | | |
|---|---|---|
| | | **Opinion Delivered** June 2, 2016 |
| KENNY HALFACRE | APPELLANT | PRO SE APPEAL FROM THE DENIAL OF PETITION TO PROCEED IN FORMA PAUPERIS [LINCOLN COUNTY, NO. 40CV-16-41] |
| V. | | |
| WENDY KELLEY, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION | APPELLEE | HONORABLE JODIE RAINES DENNIS, JUDGE |
| | | SPECIAL MASTER APPOINTED. |

**PER CURIAM**

On February 18, 2016, this court issued a per curiam order remanding the record to the circuit court with directions to submit, within ten days, all relevant pleadings properly file marked and certified by the circuit clerk in *Halfacre v. Kelley*, No. CV-15-958 (Ark. filed Nov. 20, 2015). *Halfacre v. Kelley*, 2016 Ark. 71. These pleadings included Kenny Halfacre's petition to proceed in forma pauperis, the affidavit submitted by Halfacre in support of his petition, the order denying the petition, and the petition for a writ of habeas corpus. On April 14, 2016, this court ordered Ms. Cindy Glover, Circuit Clerk of Lincoln County, to appear before this court and show cause why she should not be held in contempt for failing to comply with this court's order of February 18, 2016. *Halfacre v. Kelley*, 2016 Ark. 171. On May 5, 2016, Ms. Glover appeared before this court and entered a plea of not guilty. At that time, the court advised Ms. Glover that this court would appoint a special master to make findings of fact concerning this matter.

Cite as 2016 Ark. 237

We hereby appoint the Honorable John Mauzy Pittman as special master to conduct a hearing, to make findings of fact, and to file his findings with this court's clerk. On receipt of the special master's findings, we will render a decision in this matter.

It is so ordered.